**No. 39005.**—Protest 927966–G of Castle & Overton, Inc. (New York).

Opinion by CLINE, J. Due to the fact that the covering on the bales was of old second-hand burlap which was fragile and easily torn, it appeared that on account of frequent handling and rough treatment some of the bales had become torn by hooks and some of the letters in the marking were dim but that the word "Spain" was clearly legible on all of the bales except one. On the authority of Abstract 32337, *Kraft* v. *United States* (22 C. C. P. A. 111, T. D. 47103) and *Givaudan* v. *United States* (id. 115, T. D. 47104) the protest was sustained as to 35 of the bales. It was overruled as to one bale from which the marking had been removed.

**No. 39006.**—Protest 903324–G of W. R. Zanes & Co. (Galveston).

Opinion by EVANS, J. On the record presented the protest was overruled.

**No. 39007.**—Protest 922572–G of W. Doshim (Boston).

Opinion by EVANS, J. It was stipulated that the merchandise consists of apricot kernels similar to those the subject of Abstract 34104. The claim at 3 cents per pound under paragraph 762 was therefore sustained.

BEFORE THE SECOND DIVISION, JULY 15, 1938

**No. 39008.**—Protests 93544–G, etc., of Max Mandel Laces, Inc. (New York).

Opinion by TILSON, J. The record established that certain items consist of articles in chief value of cellulose filaments similar to those involved in Abstract 37230. The claim at 60 percent under paragraph 31 was therefore sustained.

**No. 39009.**—Protest 84076–G of Maurice Bandler, Inc. (New York).

Opinion by TILSON, J. The record established that certain items consist of articles in chief value of cellulose filaments similar to those involved in Abstract 37230. The claim at 60 percent under paragraph 31 was therefore sustained.

**No. 39010.**—Protests 77424–G, etc., of Maurice Bandler, Inc., et al. (New York).

Opinion by TILSON, J. The record established that certain items consist of articles in chief value of cellulose filaments similar to those involved in Abstract 37230. The claim at 60 percent under paragraph 31 was therefore sustained.